IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LATONJUANA O'BRYANT                                                            PLAINTIFF
o/b/o D.K.K.

V.                         Case No. 5:13-CV-338-KGB-JTR

CAROLYN W. COLVIN, ACTING COMMISSIONER,                                        DEFENDANT
SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 9). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. It is therefore ordered that the Commissioner's motion to dismiss, construed as a motion for summary judgment, is denied (Dkt. No. 7). The Commissioner shall file an answer to plaintiff Latonjuana O'Bryant's Complaint within 14 days of the entry of this Order.

SO ORDERED this 16th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE