IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LATONJUANA O'BRYANT,
o/b/o D.K.K.                                                                                          PLAINTIFF

v.                          Case No. 5:13-cv-00338-KGB-JTR

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition received from Magistrate Judge J. Thomas Ray (Dkt. No. 18). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court affirms the Commissioner's decision, denies Latonjuana O'Bryant's request for relief, and dismisses with prejudice this case. Judgment shall be entered accordingly.

So ordered this 12th day of September, 2016.

Kristine G. Baker
United States District Judge